```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 09628
  LYNN E SEWELL
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-7587
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/17/05 and confirmed on 05/11/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 10080.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 23062.19 | .00 | 4758.47 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14072.99 | .00 | 2903.71 |
| BMW FINANCIAL SERVICES | SECURED | .00 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 37135.18 | .00 | 37135.18 |
| PRINCIPAL PAID | .00 | .00 | 7662.18 | .00 | 7662.18 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 7662.18 | .00 | 7662.18 |

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   2700.00
and was paid $   700.00   direct and $   2000.00   through the plan.

The Trustee received $    417.82 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE  2
CASE NO. 05 B 09628 LYNN E SEWELL
```